ORDERED.

Dated:  August 02, 2018

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                   CASE NO.: 6:18-bk-01724-CCJ
                                                                                                        CHAPTER 7

**Adam Benjamin Wilson,**

    Debtor,

**Julie Ann Wilson,**

    Joint Debtor.

_____/

**AGREED ORDER GRANTING STAY RELIEF MOTION**

THIS CASE came on consideration upon consent of the Parties on U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5's ("Secured Creditor") Motion for Relief from Stay (Docket No. 6).  The parties having agreed and the Court being advised. Accordingly, it is:

    **ORDERED**:

    1.    Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The Secured Creditor shall remain subject to the terms of the automatic stay imposed under 11 U.S.C § 362 as to its interest in the real property located at 409 Grant St, Port Orange, Florida 32127 ("Subject Property") in Volusia County, Florida, and legally described as:

**ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF VOLUSIA AND STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS FOLLOWS:**

**THE EASTERLY 68 FEET OF LOTS 76 AND 77, W.W. MARSHALL'S SUBDIVISION, AS PER MAP THEREOF IN MAP BOOK 5, PAGE 77, PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

3. Secured Creditor will take no action in the foreclosure case until the expiration of 90 days.

4. The Agreed Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all in rem remedies against the property described above. Secured Creditor shall not seek an in personam judgment against Debtors.

5. Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtors or the Debtors' Bankruptcy estate.

###

Attorney, Shreena Augustin is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

/s/ Shreena Augustin  
Shreena Augustin, Esq.  
*Attorney for Creditor*  
*Dated:*

/s/ Arvind Mahendru  
Arvind Mahendru, Esq.  
*Attorney for Debtor*  
*Dated:*